# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **7/26/2023**                        Judge:          Hon. Anthony J. Trenga
Time: **9:02 – 9:07**                       Reporter:       Rhonda Montgomery
                                            Deputy Clerk: Dani Zirk
                                             Interpreter:

Case Number: **1:18-CR-457-1**


## UNITED STATES OF AMERICA

vs.

## BIJAN RAFIEKIAN                  _____ Present     __X__ Not Present


| Counsel for Defendant | Counsel for Government |
|---|---|
| **Robert Trout** | **Danya Atiyeh** |
| **Mark MacDougall** | **Evan Turgeon** |
| **Stacey Mitchell** | |


PROCEEDINGS:

This matter came on for a Status Conference. Jury Trial set for 10/30/2023 at 10:00 a.m. (est. approx. 1 week). Trial Motions are to be filed by 9/15/2023 and will be heard on 10/18/2023 at 9:00 a.m.