UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
            v.                    )
                                  )
BIJAN RAFIEKIAN, *et al.*,        )          Case Number 1:18-cr-457-AJT-1
                                  )
            Defendants.           )
_____ )

## **ORDER**

It is hereby

ORDERED that a status conference be set in this matter for Wednesday September 13,

2023 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

August 4, 2023
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge