UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | |

2023 AUG 14 P 2: 20

## PRAECIPE FOR SUBPOENAS

It is respectfully requested that the Clerk of said Court issue the attached subpoenas for appearance before said Court at Alexandria, Virginia in United States Court at 10:00 o'clock a.m., on the 30th of October, 2023 through the 6th of November, 2023, then and there to testify on behalf of Defendant Bijan Rafiekian.

Dated: August 14, 2024

Respectfully submitted,

/s/ Robert P. Trout
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Schertler Onorato Mead & Sears, LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004
Telephone: (202) 628-4199
Fax: (202) 628-4177
E-mail: rtrout@schertlerlaw.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case     ISSUED - J. Black 8/14/23

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BIJAN RAFIEKIAN | ) | Case No. 1:18-CR-457 |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

RECEIVED 2023 AUG 14 P 2: 16

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|---|
| | | Date and Time: 10/30/2023 - 11/06/2023 at 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 8/14/23

CLERK OF COURT        COPY

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Bijan Rafiekian___, who requests this subpoena, are:

Robert P. Trout
Schertler Onorato Mead & Sears
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004
(202) 628-4199
rtrout@schertlerlaw.com

AO 89₈ (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:18-CR-457

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]   [ Add Attachment ]                              [ Reset ]

# Akin Gump
STRAUSS HAUER & FELD LLP

**MARK J. MACDOUGALL**
+1 202.887.4510/fax: +1 202.887.4288
mmacdougall@akingump.com

August 14, 2023

VIA HAND DELIVERY

Clerk of Court
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re: *United States of America v. Bijan Rafiekian and Kamil Ekim Alptekin*
        No. 1:18 CR 457 (AJT)

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find an original of Defendant Bijan Rafiekian's Praecipe for Subpoenas.

Please return the issued subpoenas to me via the awaiting messenger.

If you have any questions or require additional information, please contact my paralegal, Adria Hicks at (202) 416-5390.

                Sincerely,

                /s/ Mark J. MacDougall
                Mark J. MacDougall
                Partner

Enclosures

Cc:   Robert P. Trout
        Stacey H. Mitchell