IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>KAMIL EKIM ALPTEKIN, )<br> )<br>Defendant. ) | No. 1:18-CR-457-AJT |

GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT

The United States respectfully moves pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment currently pending against Kamil Ekim Alptekin in this case with prejudice. The United States believes it is not in the public interest to pursue this case further, and accordingly, a dismissal is warranted in the interest of justice. The defendant does not oppose this motion. A proposed order is attached to this motion for the Court's convenience.

                                                          Respectfully submitted,

                                                          LINDSEY HALLIGAN
                                                          UNITED STATES ATTORNEY

| | |
|---|---|
| _____/s/_____ | By: _____/s/_____ |
| Evan N. Turgeon | John T. Gibbs |
| Trial Attorney | Virginia Bar No. 40380 |
| Counterintelligence | Assistant United States Attorney |
|    and Export Control Section | The Justin W. Williams |
| National Security Division | United States Attorney's Office |
| United States Department of Justice | 2100 Jamieson Avenue |
| 950 Pennsylvania Ave., NW | Alexandria, VA 22314 |
| Washington, DC 20530 | (703) 299-3700 |
| (202) 353-0176 | (703) 299-3982 (fax) |
| Evan.Turgeon@usdoj.gov | John.Gibbs@usdoj.gov |

3

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,

_____/s/_____
John T. Gibbs
Assistant United States Attorney