IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 1:18-CR-457-AJT |
| KAMIL EKIM ALPTEKIN, | ) |
| | ) |
| Defendant. | ) |

ORDER TO DISMISS THE INDICTMENT

Upon the motion of the United States Attorney, by John T. Gibbs, Assistant United States Attorney, made to this Court on October 20, 2025, and for the reasons stated by the government, good cause having been shown, it is hereby ordered that the indictment in this case is dismissed with prejudice.

Entered in Alexandria, Virginia, this 20 day of October 2025.

/s/
Anthony J. Trenga
Senior United States District Judge
The Honorable Anthony J. Trenga
United States District Judge